# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIONEL S. LAWRENCE, SR., | No. 4:16-CV-02301 |
| Plaintiff, | (Judge Brann) |
| v. | |
| SUPERINTENDENT DAUPHIN COUNTY PRISON, JUDGE CHERRY, EDWARD M. MARSICO, JR., JOSEPH GAVAZZI, RANDY MUMMA, | |
| Defendants. | |

## ORDER

**AND NOW**, this 24th day of January 2018, having conducted a de novo review, and no opposition having been filed in response to the report and recommendation of the magistrate judge **IT IS HEREBY ORDERED** that:

1. Chief Magistrate Judge Susan E. Schwab's Report and Recommendation, December 1, 2017, ECF No. 12, is ADOPTED in full.

2. The complaint is DISMISSED.

3. The Clerk is directed to close the case file.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge